**KAOLIN MUSHROOM FARMS, INC., Appellant,**

v.

**PENNSYLVANIA LABOR RELATIONS BOARD, Appellee.**

Union De Trabajadores De Kaolin, a/k/a Kaolin Workers Union, Intervenor.

Supreme Court of Pennsylvania.

Argued Nov. 16, 1998.

Decided Dec. 14, 1998.

Brian F. Jackson, Harrisburg, for Kaolin Mushroom Farms, Inc.

D. Michael Fisher, Atty. Gen., for Com.

James L. Crawford, Chief Counsel, Peter Lassi, Asst. Counsel, for Labor Relations Bd.

Sam Spear, Philadelphia, Arthur N. Reed, for Kaolin Workers Union.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.